**FILED: 2/9/15**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Dr. Joseph Neev*,<br>　　　　Petitioner,<br>　　v.<br>*Alcon LenSx, Inc.*,<br>　　　　Respondent.<br>_____ | CASE NO. SACV 14-0660-GHK (JEMx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's February 9, 2015 Order, **IT IS HEREBY ADJUDGED** that the Partial Final Award entered on January 29, 2014 and the Final Award entered on March 26, 2014 in JAMS Arbitration No. 1200046131 are hereby **CONFIRMED**. Respondent shall have judgment in the amount of $65,310.39, with interest at the rate of 3% per annum commencing on November 1, 2013, in conformity with this Order and the confirmed Final Award.

　　　**IT IS SO ORDERED**.

DATED: February 9, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　Chief United States District Judge