FILED
CLERK, U.S. DISTRICT COURT

MAR 22 2017

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dr. Joseph Neev<br><br>PLAINTIFF(S)<br>v.<br>Alcon Lensx, Inc.<br><br>DEFENDANT(S) | CASE NUMBER<br>8:14-cv-00660-GHK-JEMx<br><br>**NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT** |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☒ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:

In favor of United States of America c/o Goldsmith & Hull, A.P.C. does not coincide with the judgment.

Clerk, U. S. District Court

March 22, 2017
Date

By L. Hernandez
Deputy Clerk

*WHEN RECORDED MAIL TO:*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. Joseph Neev<br><br>PLAINTIFF(S),<br>v.<br><br>Alcon LenSx, Inc.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV SACV-14-0660-GHK (JEMx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 02/09/2015 in favor of UNITED STATES OF AMERICA c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE,CA 91343
and against DR. Joseph Neev
whose last known address is 950 Acapulco St., Laguna Beach, CA 92651
for $ 65,310.39 Principal, $ 0.00 Interest, $ 0.00 Costs,
and $ 0.00 Attorney Fees.

ATTESTED this ______ day of ______, 20__.
Judgment debtor's driver's license no. and state; ______ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ****-**-9717 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends ______

Judgment debtor's attorney's name and address and/or address at which summons was served:

______

950 Acapulco St.

Laguna Beach, CA 92651

CLERK, U.S. DISTRICT COURT

By ______
Deputy Clerk

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***