*WHEN RECORDED MAIL TO:*

Goldsmith & Hull, A P.C.
Attorneys at Law
16933 Parthenia Street, Suite 110
Northridge, CA 91343

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. Joseph Neev<br><br>PLAINTIFF(S),<br>v.<br><br>Alcon LenSx, Inc.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV SACV-14-0660-GHK (JEMx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 02/10/2015
in favor of Alcon LenSx, Inc., c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE,CA 91343
and against DR. Joseph Neev
whose last known address is 950 Acapulco St., Laguna Beach, CA 92651
for $65,310.39 Principal, $0.00 Interest, $ 0.00 Costs,
and $0.00 Attorney Fees.

ATTESTED this 31st day of March, 2017.
Judgment debtor's driver's license no. and state; ______ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ****-**9717 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends ______

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1183

Judgment debtor's attorney's name and address and/or address at which summons was served:

______
950 Acapulco St.
Laguna Beach, CA 92651

CLERK, U.S. DISTRICT COURT

By Derek Davis
Deputy Clerk

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***