# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH NEEV

Petitioner(s),

v.

ALCON LENSX, INC.

Respondent(s).

CASE NUMBER:

8:14−cv−00660−GHK−JEM

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

__04/28/2017__    __47__    __REQUEST for Judgment Debtor Exam__

Date Filed        Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

The document is stricken and counsel is ordered to file an amended or corrected document by .

Clerk, U.S. District Court

Dated: May 1, 2017        By: /s/ *Karl Lozada*
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**