UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JOSEPH NEEV,<br><br>    Petitioner,<br><br>v.<br><br>ALCON LENSX, INC.,<br><br>    Respondent. | CASE NO. SACV-14-0660-GHK-JEMx<br><br>**ORDER TO SHOW CAUSE RE SALE OF REAL PROPERTY**<br><br>OSC Date:    January 28, 2019<br>OSC Time:    10:00 a.m. |

TO: DR. JOSEPH NEEV ("JUDGMENT DEBTOR"), HIS SPOUSE DEBORAH NEEV, AND ALL OTHER INTERESTED PERSONS AND PARTIES:

The Court, having considered the application of ALCON LENSX, INC. ("Judgment Creditor") for an order for the sale of Judgment Debtor and his spouse's right, title and interest in real property commonly known as 950 Acapulco Street, Laguna Beach, CA 92651, APN 644-463-31 ("Acapulco Property"), finds good cause to make the following Order:

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that Judgment Debtor appear on January 28, 2019, at 10:00 a.m. in Courtroom 640, 6th Floor, located at 255 E. Temple Street, Los Angeles, CA 90012 to show cause, if any, why an order for sale of the Acapulco Property should not be made in accordance with the application of Judgment Creditor.

**IT IS FURTHER ORDERED** that not later than 30 days before the time set for the hearing, Judgment Creditor shall do all of the following:

    A.    Serve on Judgment Debtor and his spouse a copy of this Order to Show Cause, a copy of the Application of Judgment Creditor, and a copy of the Notice of Hearing in the form prescribed by the Judicial Council. Service shall be made personally or by mail; and,

    B.    Personally serve a copy of each document listed in ¶A on an occupant of the Acapulco Property, or, if there is not an occupant present at the time so service is attempted, post a copy of each document in a conspicuous place at the Acapulco Property, in compliance with California Code of Civil Procedure section 704.770(b).

Dated: December 12, 2018

_/s/ John E. McDermott_
UNITED STATES MAGISTRATE JUDGE

X:\Data\01-402\C-Motions\OSC re Sale\OSC.wpd

-2-
ORDER TO SHOW CAUSE RE SALE OF REAL PROPERTY    CASE NO. SACV-14-0660-GHK-JEMx